**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 1:11cv181-SPM/GRJ

ANTHONY BOWLING, et al.,

    Defendants.
_____/

**O R D E R**

THIS CAUSE comes before the court on the magistrate judge's Report and Recommendation dated November 28, 2011. (Doc. 8). No objections have been filed. Having considered the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    This case is DISMISSED for failure to prosecute.

**DONE AND ORDERED** this 7th day of January, 2013.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**